September 25, 2025

IN RE:

15-25-00045-CV

And

DF24-07441-Z

In the Interest of the I.C.S., A Minor Child

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/25/2025 12:55:53 PM
CHRISTOPHER A. PRINE
Clerk

I, Glenda E. Finkley, Official Court Reporter of the 256th District Court. I have not been paid on this case to prepare for appeal nor has Appellant reached out to me to make arrangements to pay.

Thanks,

Glenda E Finkley, #3274

256TH Judicial District Court

214-653-6452